UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-10015-CIV-MOORE/TORRES

ASSOCIATION FOR DISABLED
AMERICANS, INC. AND
MICHELLE WISNIEWSKI,

        Plaintiffs,

vs.

CRACKED EGG CAFE, INC.

        Defendant.
_____/

## STIPULATION FOR DISMISSAL

The Plaintiffs, ASSOCIATION FOR DISABLED AMERICANS, INC. and MICHELLE WISNIEWSKI (hereinafter the "Plaintiffs"), by and through their undersigned attorney, and Defendant, CRACKED EGG CAFE, INC., (hereinafter the "Defendant"), by and through its undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action.  All parties shall bear their own costs, attorneys' fees, and expenses, unless Plaintiffs shall re-file this or a similar action against Defendant, in which case Federal Rule of Civil Procedure 41(d) shall apply.

Respectfully submitted,

/s/ *Robben Maxwell Heethuis*                                    Dated: June 13, 2011
Robben Maxwell Heethuis, Esq.
E-mail: max.heethuis@hotmail.com
Heethuis and Associates LLC
1888 N.W. 7th Street
Miami, Florida 33125
Florida Bar #75899
Telephone:   (269) 370-4751
Attorney for Plaintiffs, Association for Disabled
Americans, Inc. and Michelle Wisniewski

2

 /s/ *William G. Salim, Jr.*                                       Dated: June 13, 2011
William G. Salim, Jr., Esq.
Moskowitz, Mandell, Salim &
Simowitz, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
Florida Bar #750379
Telephone:     (954) 491-2000
Facsimile:      (954) 491-2051
E-mail:           wsalim@mmsslaw.com

2